UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 14-20030-CIV-MORENO

LOURDES ALVAREZ MENA and DARREN TODD MENA,

    Plaintiffs,

vs.

DETECTIVE EVELYN GUAS, and DETECTIVE MIGUEL GARCIA,

    Defendants.
_____/

## ORDER DENYING DEFENDANTS' MOTION FOR MORE DEFINITE STATEMENT AS MOOT

THIS CAUSE came before the Court upon Defendants' Motion for More Definite Statement **(D.E. No. 14)**, filed on **March 21, 2014**.

THE COURT has considered the motion, response, and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED AS MOOT. Defendants' Motion asked that the Court Order the Plaintiffs to file an amended complaint that (1) stated each factual allegation as a separate, numbered paragraph, and (2) specifically state which allegations are pertinent to which claim. On **May 22, 2014**, Plaintiffs filed their Third Amended Complaint. That Complaint contained virtually identical factual allegations to the Second Amended Complaint, but the allegations were contained in separate, numbered paragraphs. Further, the Plaintiffs have stated that all factual allegations are common to all counts. The primary change in the Third Amended Complaint is that Plaintiffs have now alleged two additional counts, each for malicious prosecution. Because Plaintiffs

have filed a Third Amended Complaint, Defendants' Motion for More Definite Statement is DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 11th day of ~~May~~ June, 2014.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record